# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUIS SPRINKLE**, | : | Civil Action No. 1:12-CV-0902 |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **AMZ MANUFACTURING, et al.**, | : | (Judge Conner) |
|     Defendants | : | |
| | : | |

## ORDER

AND NOW, this 6th day of December, 2012, upon consideration of the motion (Doc. 25) to withdraw Defendants AMZ Manufacturing Corp., EPY Industries, Inc., Boxwood Manufacturing Corp., and St. Paul Street Associates, Inc.'s summary judgment motion (Doc. 19), and the court recognizing that, "[u]nless a different time is set by [the court], a party may file a motion for summary judgment at any time until 30 days after the close of discovery[,]" see Fed. R. Civ. Pro. 56(b), and the court noting that the dispositive motion deadline in the captioned case is January 3, 2013, see (Doc. 2) granting the parties' joint motion for extension of the discovery deadline, therefore, it is hereby ORDERED that:

1. The motion to withdraw (Doc. 25) is GRANTED; and

2. The pending summary judgment motion (Doc. 19) is deemed WITHDRAWN.

                                                      S/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge