# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUIS SPRINKLE**, | : CIVIL ACTION NO. 1:12-CV-902 |
| Plaintiff, | : (Judge Conner) |
| v. | : |
| **AMZ MANUFACTURING CORPORATION, EPY INDUSTRIES, INC., BOXWOOD MANUFACTURING CORP., ST. PAUL STREET ASSOCIATES, INC.**, | : |
| Defendant | : |

## **ORDER**

AND NOW, this 25th day of June, 2013, upon consideration of plaintiff's motion in limine (Doc. 37) to preclude mention of plaintiff's past criminal conviction, and defendants' motion in limine (Doc. 39) to preclude discussion of insurance at trial, and it appearing that all parties agreed to the limitations named therein during the final pretrial conference held on this date, it is hereby ORDERED:

1. Plaintiff's motion in limine (Doc. 37) to preclude mention of plaintiff's past criminal conviction is GRANTED by agreement of the parties.

2. Defendants' motion in limine (Doc. 39) to preclude discussion of insurance coverage is GRANTED by agreement of the parties, subject to the limitations discussed at the Final Pretrial Conference.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge